UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID HICKS, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00156-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION TO PROCEED IN IN FORMA PAUPERIS BE DENIED<br>(ECF No. 2.)<br><br>OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS |

**I.　FINDINGS**

Tracye Benard Washington ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff filed the Complaint commencing this action on February 5, 2019. (ECF No. 1.)

On February 5, 2019, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On February 6, 2019, Plaintiff submitted a copy of his prison trust account statement. (ECF No. 6.) It appears, from a review of the trust account statement, that Plaintiff can afford the costs of this action. Evidence shows that on January 14, 2019, a deposit of $7,580.00 was made to Plaintiff's trust account, and on February 1, 2019, the balance of the account was $6,730.20. (ECF No. 6.) Therefore, Plaintiff's motion to proceed *in forma pauperis* should be denied and Plaintiff be required to pay the statutory filing fee of $400.00 for this action, in full.

## II. RECOMMENDATIONS AND CONCLUSION

Based on the foregoing, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's motion to proceed *in forma pauperis*, filed on February 5, 2019, be DENIED; and

2. Plaintiff be required to pay the $400.00 filing fee for this action in full.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **February 12, 2019**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE