# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HICKS, et al.,<br><br>Defendants. | 1:19-cv-00156-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON FEBRUARY 13, 2019<br>(ECF No. 8.)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(ECF No. 2.) |

Tracye Benard Washington ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff filed the Complaint commencing this action on February 5, 2019. (ECF No. 1.)

On February 13, 2019, the undersigned entered findings and recommendations, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied and Plaintiff be required to pay the $400.00 filing fee in full. (ECF No. 8.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) On March 7, 2019, Plaintiff submitted a $400.00 payment to the court for the filing fee. (Court Record.)

1

In light of Plaintiff's payment of the filing fee the court finds good cause to vacate the findings and recommendations entered on February 13, 2019, and to deny Plaintiff's motion to proceed in forma pauperis, filed on February 5, 2019, as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on February 13, 2019, are VACATED;
2. Plaintiff's motion to proceed in forma pauperis, filed on February 5, 2019, is DENIED as moot; and
3. The court shall screen Plaintiff's Complaint in due time.

IT IS SO ORDERED.

Dated: **March 12, 2019**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE