1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| TRACYE BENARD WASHINGTON, | 1:19-cv-00156-NONE-GSA-PC |
|---|---|
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT HICKS |
| vs. | |
| HICKS, et al., | (ECF No. 28.) |
| Defendants. | |

18       Tracye Benard Washington ("Plaintiff") is a state prisoner proceeding *pro se* with this

19  civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2020, the Court ordered that this

20  case proceed on Plaintiff's Complaint against defendants Sergeant David Hicks and Correctional

21  Officer Hipolito Rocha for use of excessive force in violation of the Eighth Amendment,

22  dismissing all other claims and defendants based on Plaintiff's failure to state a claim. (ECF No.

23  19.)

24       On December 7, 2020, defendant Rocha filed an Answer to Plaintiff's Complaint, and on

25  December 8, 2020, the court issued a Discovery/Scheduling Order. (ECF Nos. 27, 28.)

26  Subsequently, on December 23, 2020, defendant Hicks filed an Answer to the Complaint. (ECF

27  No. 34.)  By this order, the court shall extend the application of the court's December 8, 2020

28  Discovery/Scheduling order to defendant Hicks. The parties are reminded that any requests for

extensions of the deadlines set in the order must be filed prior to the expiration of the deadlines in question.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.    The court's Discovery/Scheduling Order issued on December 8, 2020, is applicable to defendant Hicks;

2.    The deadline to file exhaustion motions is March 8, 2021;

3.    The deadline to amend pleadings is April 7, 2021;

4.    The deadline for completion of discovery, including the filing of motions to compel, is May 8, 2021; and

5.    The deadline for the parties to file pretrial dispositive motions is July 8, 2021.

IT IS SO ORDERED.

Dated:    **January 18, 2021**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE