UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>HICKS, et al.,<br><br>    Defendants. | 1:19-cv-00156-NONE-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW CONSENT TO MAGISTRATE JUDGE JURISDICTION (ECF No. 53.)** |

    Plaintiff, Tracye Benard Washington, is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with plaintiff's original complaint filed on February 5, 2019, against defendants Sergeant David Hicks and Correctional Officer Hipolito Rocha for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.)[1]

    Pending before the court is plaintiff's motion to withdraw his consent to the Magistrate Judge's jurisdiction. (ECF No. 53.) Since this action has not yet been reassigned to the undersigned, plaintiff may withdraw his consent without demonstrating good cause or extraordinary circumstances. See 28 U.S.C. § 636(c); Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) ("Once a civil case is referred to a magistrate judge under section 636(c), the reference can

---

[1] On June 22, 2020, the court issued an order dismissing all other claims and defendants from this action, based on plaintiff's failure to state a claim. (Doc. No. 19.)

1

be withdrawn by the court only 'for good cause shown on its own motion, or under extraordinary circumstances show by any party.'"). Accordingly, in the interest of justice, the court will grant plaintiff's motion to withdraw his consent. A United States District Judge is already assigned to this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to withdraw consent to magistrate judge jurisdiction, filed on May 25, 2021, is GRANTED.

IT IS SO ORDERED.

Dated: **May 27, 2021**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE