UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>HICKS, et al.,<br><br>    Defendants. | No. 1:19-cv-00156-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. No. 43.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Doc. No. 39.) |

Plaintiff, Tracye Benard Washington, is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2021, findings and recommendations were issued, recommending that plaintiff's motion for preliminary injunctive relief, filed on April 26, 2021, be denied. (Doc. No. 43.) On May 17, 2021, plaintiff filed objections to the findings and recommendations. (Doc. No. 47.) In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the magistrate judge on May 6, 2021, (Doc. No. 43), are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunctive relief, filed on April 26, 2021, (Doc. No. 39), is DENIED.

IT IS SO ORDERED.

Dated: **June 1, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE