1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| TRACYE BENARD WASHINGTON, | Case No. 1:19-cv-00156-JLT-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER BY DISTRICT JUDGE |
| vs. | |
| HICKS, et al., | (Doc. 86.) |
| Defendants | |

18      Tracye Benard Washington is a state prisoner proceeding *pro se* with this civil rights

19   action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's Complaint filed

20   on February 5, 2019, against defendants Sergeant David Hicks and Correctional Officer

21   Hipolito Rocha ("Defendants") for use of excessive force in violation of the Eighth

22   Amendment.  (Doc. 1.)[1]

23      On January 13, 2022, Plaintiff filed a request for reconsideration by the district judge of

24   the magistrate judge's order denying Plaintiff's motion for sanctions and default judgment.

25   (Doc. 86.)

26   /////

27   _____

28   [1] On June 22, 2020, the court issued an order dismissing all other claims and defendants from this action, based on
Plaintiff's failure to state a claim.  (Doc. 19.)

Local Rule 303 provides that "[a] party seeking reconsideration of the Magistrate Judge's ruling shall file a request for reconsideration by a Judge . . . specifically designat[ing] the ruling, or party thereof, objected to and the basis for that objection.'" Local Rule 303(c). "The standard that the assigned Judge shall use in all such requests is the 'clearly erroneous or contrary to law' standard set forth in 28 U.S.C. § 636(b)(1)(A)." Local Rule 303(f).

Plaintiff requests review by the district judge of the magistrate judge's order issued on December 20, 2021, which denied Plaintiff's July 12, 2021 motion for sanctions and default judgment. Plaintiff disagrees with the magistrate judge's ruling on his motion.

After review of the order and examination of Plaintiff's arguments in his request for reconsideration, the court does not find the magistrate judge's rulings in the order to be clearly erroneous or contrary to law. Therefore, the Court **ORDERS**:

1.  Plaintiff's request for reconsideration (Doc. 86) of the magistrate judge's December 20, 2021, is DENIED; and

2.  This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 8, 2022**

UNITED STATES DISTRICT JUDGE

2