UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>             Plaintiff,<br><br>      vs.<br><br>HICKS, et al.,<br><br>             Defendants. | 1:19-cv-00156-JLT-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br>**(ECF No. 94.)**<br><br>**ORDER EXTENDING DISCOVERY DEADLINE FOR ALL PARTIES**<br><br><u>**New Discovery Deadline**</u>:         **April 10, 2022** |

## I.   BACKGROUND

Tracye Benard Washington ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Complaint filed on February 5, 2019, against defendants Sergeant David Hicks and Correctional Officer Hipolito Rocha ("Defendants") for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.)

On December 8, 2020, the court issued a Discovery and Scheduling Order, establishing pretrial deadlines for the parties. (ECF No. 28.) On January 19, 2022, the Court extended the discovery deadline to March 31, 2022. (ECF No. 88.)

On March 14, 2022, Plaintiff filed a motion to extend the discovery deadline in this action from March 31, 2022 to April 10, 2022. (ECF No. 94.) On March 30, 2022, Defendant Hicks filed a statement of non-opposition to Plaintiff's motion. (ECF No. 99.)

## II. MOTION TO MODIFY SCHEDULING ORDER

Modification of a scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of the order. Id. The court may also consider the prejudice to the party opposing the modification. Id. If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify. Zivkovic v. Southern California Edison, Co., 302 F.3d 1080, 1087 (9th Cir. 2002).

Plaintiff seeks a ten-day extension of the discovery deadline, from March 31, 2022 to April 10, 2022. Neither Defendant has opposed Plaintiff's motion and the Court finds no prejudice to any party. Therefore the court finds good cause to extend the discovery deadline for all parties. Therefore, Plaintiff's motion to modify the Discovery and Scheduling Order shall be granted.

## III. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to modify the court's Discovery and Scheduling Order, filed on March 14, 2022, is GRANTED;
2. The deadline for the completion of discovery is extended from March 31, 2022 to **April 10, 2022** for all parties to this action; and
3. All other provisions of the court's December 8, 2020 Discovery and Scheduling Order remain the same.

IT IS SO ORDERED.

Dated: __March 31, 2022__            __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE