UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>      Plaintiff,<br><br>    vs.<br><br>HICKS, et al.,<br><br>      Defendants. | **1:19-cv-00156-JLT-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(Doc. 115.)**<br><br>**ORDER GRANTING DEFENDANT ROCHA'S MOTION FOR TERMINATING DISCOVERY SANCTIONS AND DISMISSING DEFENDANT ROCHA, AND PLAINTIFF'S CLAIMS AGAINST DEFENDANT ROCHA, FROM THIS CASE, WITH PREJUDICE**<br><br>**(Doc. 101.)** |

    Tracye Benard Washington is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 7, 2022, findings and recommendations were entered, recommending that Defendant Rocha's motion for terminating discovery sanctions, filed on April 8, 2022, be granted, and that Rocha, and Plaintiff's claims against Rocha, be dismissed from this case, with prejudice. (Doc. 115.) On July 1, 2022, Plaintiff filed objections to the findings and recommendations. (Doc. 120.) On July 13, 2022, Defendant Rocha filed a response to Plaintiff's objections. (Doc. 122.)

According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and Defendant Rocha's response to the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 7, 2022 (Doc. 115) are **ADOPTED IN FULL**.
2. Defendant Rocha's motion for terminating discovery sanctions, filed on April 8, 2022 (Doc. 101), is **GRANTED**.
3. Defendant Rocha, and Plaintiff's claims against Defendant Rocha, are **DISMISSED** from this case with prejudice.
4. This case now proceeds only against Defendant Correctional Officer Hipolito Rocha for use of excessive force in violation of the Eighth Amendment.
5. The Clerk is directed to reflect on the docket that Defendant Rocha has been dismissed from this case.
6. This case is referred to the Magistrate Judge.

IT IS SO ORDERED.

Dated: __**August 10, 2022**__

UNITED STATES DISTRICT JUDGE