UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>  Plaintiff,<br><br>  vs.<br><br>HICKS, et al.,<br><br>  Defendants. | 1:19-cv-00156-JLT-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR REIMBURSEMENT OF NINTH CIRCUIT FILING FEE**<br><br>**(ECF No. 124.)** |

## I.  INTRODUCTION

Tracye Benard Washington ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Complaint filed on February 5, 2019, against defendant Sergeant David Hicks for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.)[1]

On July 22, 2022, Plaintiff filed a request for the Court to reimburse the filing fee Plaintiff paid for his appeal to the Ninth Circuit Court of Appeals. (ECF No. 124.)

## II.  BACKGROUND

On January 18, 2022, Plaintiff filed a request for issuance of a subpoena compelling the Warden of Kern Valley State Prison to produce documents and provide information. (ECF No.

---

[1] On June 22, 2020, the court issued an order dismissing all defendants from this action with the exception of defendants Hicks and Rocha, based on Plaintiff's failure to state a claim. (ECF No. 19.)  On August 11, 2022, the court granted Plaintiff's motion for terminating discovery sanctions and dismissed defendant Rocha from this case. (ECF No. 126.)

1

89.)  On March 4, 2022, the undersigned Magistrate Judge issued an order denying Plaintiff's request.  (ECF No. 92.)

On March 15, 2022, Plaintiff filed an "objection and appeal" of the Magistrate Judge's Order.  (ECF No. 95.)  On March 15, 2022, Plaintiff's appeal was forwarded to the Ninth Circuit Court of Appeals where it was opened as appeal case number 22-15389.  (ECF Nos. 96, 97.)  On April 8, 2022, Plaintiff paid the $500.00 filing fee for the appeal.  (Court docket.)

On April 20, 2022, the Ninth Circuit Court dismissed Plaintiff's appeal for lack of jurisdiction.  (ECF Nos. 102, 107.)

### III.   PLAINTIFF'S REQUEST

Plaintiff now requests reimbursement of the $500.00 he paid for his appeal arguing that it was not his fault that the appeal was dismissed for lack of jurisdiction.  Plaintiff argues that the Court knew the Magistrate Judge's order was not appealable and yet it sent his appeal to the Ninth Circuit.  Plaintiff also argues that the Ninth Circuit should not have demanded payment of the filing fee.

Plaintiff is not entitled to a refund of the filing fee for his appeal.  The filing fee was collected by the Court as payment for filing the appeal, and Plaintiff's appeal was filed and adjudicated.  Accordingly, Plaintiff's request for a refund shall be denied.

### IV.   CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's request for reimbursement of the $500.00 filing fee for his appeal, filed on July 22, 2022, is **DENIED**.

IT IS SO ORDERED.

Dated:   **August 24, 2022**              /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE