UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>HICKS, et al.,<br><br>    Defendants. | 1:19-cv-00156-JLT-GSA-PC<br><br>**ORDER STRIKING DUPLICATE ORDER**<br><br>**(ECF No. 134.)** |

      Tracye Benard Washington ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Complaint filed on February 5, 2019, against defendant Sergeant David Hicks for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.)

      On September 15, 2022, the Court issued two orders, both which denied Plaintiff's motion to compel discovery from defendant Hicks. (ECF Nos. 133, 134.) The second order, ECF No. 134, is a duplicate of the first order, ECF No. 133. Therefore, the Court shall strike document ECF No. 134 from the record as duplicative.

      Accordingly, **IT IS HEREBY ORDERED** that document ECF No. 134 (Order denying Plaintiff's motion to compel discovery from defendant Hicks) in this case is stricken from the record as duplicative of document ECF No. 133.

IT IS SO ORDERED.

    Dated:   **September 15, 2022**           **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE