UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HICKS, et al.,<br><br>　　　　Defendants. | 1:19-cv-00156-JLT-GSA-PC<br><br>**ORDER DENYING MOTION TO COMPEL DISCOVERY FROM DEFENDANT ROCHA**<br><br>**(ECF No. 105.)** |

　　　Tracye Benard Washington ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Complaint filed on February 5, 2019, against defendant Sergeant David Hicks for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.)

　　　On April 25, 2022, Plaintiff filed a motion to compel discovery from defendant Rocha. (ECF No. 105.) Plaintiff's motion shall be denied for two reasons: 1- the motion to compel was untimely filed because the discovery deadline of April 10, 2022 had expired, and discovery has not been reopened; 2- on August 11, 2022, defendant Rocha's motion for terminating discovery sanctions was granted and defendant Rocha was dismissed from this action. Therefore, the Court shall deny Plaintiff's motion to compel discovery from defendant Rocha.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion to compel discovery from defendant Rocha, filed on April 25, 2022, is denied.

IT IS SO ORDERED.

Dated:   **September 18, 2022**                    /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE JUDGE