UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID HICKS, et al.,<br><br>   Defendants. | No.  1:19-cv-00156-JLT-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On July 30, 2025, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1