UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>           Plaintiff,<br><br>      v.<br><br>DAVID HICKS, et al.,<br><br>           Defendants. | No. 1:19-cv-00156 JLT GSA (PC)<br><br>ORDER ACKNOWLEDGING PARTIES' JOINT STIPULATION TO VOLUNTARILY DISMISS MATTER WITH PREJUDICE<br><br>(ECF No. 189)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

      Plaintiff, a state prisoner proceeding in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 30, 2025, the parties agreed to settle this matter. See ECF No. 187 (settlement conference minute order). At that time, the Court ordered the parties to file a stipulation for dismissal of this matter and to do so within thirty days. See ECF Nos. 187, 188.

      On August 26, 2025, the parties filed a joint stipulation for voluntary dismissal of this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 189. The Court acknowledges the filing, and consistent with it, it will direct the Clerk of Court to close this case.

1

1   Accordingly, the Court:

2   1. Herein ACKNOWLEDGES the parties' jointly filed stipulation to VOLUNTARILY
3   DISMISS this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
4   See ECF No. 189;

5   2. Outstanding motions at ECF Nos. 169, 172, and 174 are DENIED AS MOOT;

6   3. Consistent with the parties' filed stipulation of dismissal, the Clerk of Court is directed
7   to:

8   a. CLEAR all other outstanding motions on the docket (i.e., ECF Nos. 132, 165,
9   168), and

10   b. CLOSE this case.

IT IS SO ORDERED.

Dated:   **August 27, 2025**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2